Case 2:03-cr-20160-SHO Document 126 Filed 10/25/05 Page 1 of 2    PageID 164

Report and Order Terminating Probation/Supervised Release
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Western District of Tennessee

FILED BY _____ D.C.

05 OCT 24  PM 5: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ___ MPHIS

UNITED STATES OF AMERICA

v.

RICHARD BLALOCK

Crim. No.   2:03cr20160-03

O      JANUARY 9, 2004      the above named was placed on probation/supervised release for a period of

two (2) years.  The probationer/supervised releasee has complied with the rules and regulations of probation/supervised

release and is no longer in need of supervision.  It is accordingly recommended that the probationer/supervised releasee be

discharged from supervision.

Respectfully submitted,

_Bobby E. Appleton_
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision

and that the proceedings in the case be terminated.

Dated _____ 24th _____ day of _____ October _____, 20 05.

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___ 10-25-05

126

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 126 in case 2:03-CR-20160 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Honorable Samuel Mays
US DISTRICT COURT